1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7     ANTHONY R. TURNER, 103312,                    Case No.  24-cv-08272-CRB  (PR)

8              Petitioner,                          **ORDER OF DISMISSAL**

9        v.                                         (ECF Nos. 10 & 13)

10    CITY AND COUNTY OF SAN FRANCISCO
      SUPERIOR COURT, et al.,

11
               Respondent.

12
             Petitioner Anthony R. Turner, a pretrial detainee at the Solano County Jail facing state

13
      criminal charges in Solano County Superior Court, filed a pro se petition for a writ of habeas

14
      corpus under 28 U.S.C. § 2254 while at the Contra Costa County Jail claiming that City and

15
      County of San Francisco officials unlawfully arrested, detained and removed him to Contra Costa

16
      County Jail based on a falsified warrant from San Francisco County Superior Court.

17
             On January 31, 2025, the court dismissed the petition for a writ of habeas corpus under 28

18
      U.S.C. § 2254 with partial leave to amend as follows:

19
                  To the extent petitioner seeks to challenge his current pretrial
20                detention on pending state criminal charges, he will be afforded an
                  opportunity to file an amended petition under [28 U.S.C.] § 2241 that
21                makes clear the current detention and state criminal charges he is
                  challenging and, if possible, show that he has exhausted available
22                state judicial remedies in connection with said detention and state
                  criminal charges and that special circumstances warrant federal
23                intervention. See [Carden v. Montana, 626 F.2d 82, 83-84 (9th Cir.
                  1980)]. But to the extent petitioner seeks to bring a separate claim or
24                claims of wrongdoing against state or local officials in connection
                  with his arrest, detention and/or removal to Contra Costa County Jail,
25                he must do so by filing a separate civil rights action. See Nettles v.
                  Grounds, 830 F.3d 922, 931 (9th Cir. 2016) (en banc) (only claim
26                whose success would release claimant from confinement or shorten
                  its duration may be brought in habeas corpus).
27
      ECF No. 7 at 2.
28

United States District Court
Northern District of California

1  On March 3, 2025, petitioner filed an "Amended Complaint Petition" seeking both to

2  challenge his current pretrial detention at the Solano County Jail on pending state criminal charges

3  in Solano County Superior Court and to pursue separate claims of wrongdoing against state and

4  local officials in connection with his arrests, detentions and/or removals to Contra Costa and

5  Solano counties.  But a § 2241 petition challenging petitioner's current pretrial detention at the

6  Solano County Jail on pending state criminal charges in Solano County Superior Court must be

7  brought in the Eastern District of California in whose venue Solano County lies.  See 28 U.S.C. §

8  84(b).  And separate claims of wrongdoing against state or local officials in connection with

9  petitioner's arrests, detentions and/or removals to Contra Costa and Solano counties must be

10  brought in a separate civil rights action or actions under 42 U.S.C. § 1983.  See Nettles, 830 F.3d

11  at 931.

12  Petitioner's "Amended Complaint Petition" accordingly is DISMISED without prejudice

13  to filing a § 2241 petition in the Eastern District of California and/or a separate civil rights action

14  or actions under § 1983.

15  The clerk is directed to close this habeas case and to terminate all pending motions (see

16  ECF Nos. 10 & 13) as moot.

17  **IT IS SO ORDERED**.

18  Dated: March 25, 2025

19  _____

20  CHARLES R. BREYER
United States District Judge

21

22

23

24

25

26

27

28

2